# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| INFINITY AUTO INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | * CV 113-214 |
| JOSEPH WHIGHAM and ROBERT WHIGHAM, | * |
| Defendants. | * |

## ORDER

Presently before the Court is Plaintiff Infinity Auto Insurance Company's Amended Motion to Disburse Funds in the Registry of Court. (Doc. 67.) Plaintiff moves the Court to disburse the full amount of funds held in relation to this matter — $5,576.72 — to Defendant Robert Whigham. Upon due consideration, the Court **GRANTS** the motion (doc. 67) and **ORDERS** the following:

(1) The Clerk is **DIRECTED** to disburse **$5,576.72, PLUS** any accrued interest, **MINUS** any fee as provided in Local Rule 67.3(b), to "**Robert Whigham**," to be mailed to:

> Robert Whigham
> 1510 C and S Drive
> Augusta, Georgia 30909

(2) Upon issuance of the above-described check, the Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia this 28th day of April, 2015.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE J. RANDAL HALL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA